THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA, | CASE NO. MC21-0015-JCC |
| Plaintiff, | ORDER |
| v. | |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion to proceed *in forma pauperis* on appeal (Dkt. No. 14). Having thoroughly considered the parties' briefing, the Court DENIES the motion for the reasons explained herein.

I.  **BACKGROUND**

In February 2021, this Court entered a vexatious litigant order against Plaintiff after finding that Plaintiff has abused the litigation process to "harass and antagonize." (Dkt. No. 1 at 2) (citing *Ma v. Dep't of Educ.*, Case No. C19-1112-JCC, Dkt. Nos. 56, 67, 72, 73 (W.D. Wash. 2021)). The order requires Plaintiff to include in any proposed complaint "(a) whether each claim was raised in a prior action (with appropriate citation) and (b) why each claim is not barred by collateral estoppel, *res judicata*, and/or an applicable immunity." (*Id.* at 3.)

Plaintiff moved for leave to file a proposed complaint in August 2022 (Dkt. No. 11.) The

ORDER
MC21-0015-JCC
PAGE - 1

Court denied it for failure to comply with the vexatious litigant order. (Dkt. No. 11.) Plaintiff now moves for leave to appeal the dismissal *in forma pauperis* (Dkt. No. 14.)

## II. DISCUSSION

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Although the statute refers to prisoner appeals, it applies equally to civil litigants. *See Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (applying section 1915(a) to a civil suit). A "good faith" appeal must seek review of at least one "non-frivolous" issue or claim." *Id.* An appeal is "frivolous" where none of the legal points are arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (quoting *Anders v. California*, 386 U.S. 738 (1967)). Here, Plaintiff's complaint was dismissed for failure to comply with the Court's vexatious litigant order. Plaintiff has failed to show the appeal is made in good faith because there are no "non-frivolous" issues or claims presented for review.

## III. CONCLUSION

Accordingly, Plaintiff's motion for motion to proceed *in forma pauperis* on appeal (Dkt. No. 14) is DENIED. Plaintiff may still pursue the appeal in the Ninth Circuit, but must pay the appropriate filing fee to do so.

DATED this 21st day of October 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE