THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

ROLAND MA,

CASE NO. MC21-0015-JCC

10
                              Plaintiff,

ORDER

11
        v.

12
ROBIN FRY, *et al.*,

13
                              Defendants.

14

15      This matter comes before the Court on Plaintiff's motion for leave to file a complaint for

16  civil rights violations. (Dkt. No. 21). Under the Court's vexatious litigant order, the Court must

17  screen any complaint that Mr. Ma files in this District before a summons will issue. (Dkt. No. 1.)

18      Having reviewed the proposed complaint (Dkt. No. 21-1), the Court DENIES Plaintiff's

19  motion because the complaint fails to comply with the requirements imposed by the Court's

20  vexatious litigant order (Dkt. No. 1 at 3–4). It fails to explain on a claim-by-claim basis "(a)

21  whether each claim was raised in any prior action (with appropriate citation) and (b) why each

22  claim is not barred by collateral estoppel, *res judicata*, and/or an applicable immunity." (*Id.*)

23  Under the vexatious litigant order, the action shall be dismissed *sua sponte* without further

24  opportunity to respond if the Court determines that good cause has not been shown.[1] (*Id.*)

25  _____

26  [1] Even if Mr. Ma had complied with the requirements of this Court's vexatious litigant order, his
    current complaint appears to raise civil rights claims related to an ongoing criminal matter in

Accordingly, Mr. Ma's motion (Dkt. No. 21) is DENIED.

DATED this 10th day of July 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

state court. (*See generally* Dkt. No. 21.) The Court must abstain when state proceedings involving important state interests are pending and afford adequate opportunity to raise constitutional issues. *Younger v. Harris*, 401 U.S. 37, 43–54 (1971). Therefore, even if Mr. Ma had followed the pre-filing order, this complaint would be dismissed on abstention grounds.