THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA, <br><br> Plaintiff, <br><br> v. <br><br> ROBIN FRY, *et al.*, <br><br> Defendants. | CASE NO. MC21-0015-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiff's motion for leave to file a complaint for civil rights violations. (Dkt. No. 27). Having reviewed the proposed complaint (Dkt. No. 27), the Court hereby DENIES Plaintiff's motion because the complaint fails to comply with the requirements imposed by the Court's vexatious litigant order (*See* Dkt. No. 1 at 3–4).

Specifically, Plaintiff fails to explain on a claim-by-claim basis "(a) whether each claim was raised in any prior action (with appropriate citation) and (b) why each claim is not barred by collateral estoppel, *res judicata*, and/or an applicable immunity." (*Id.*) Under the vexatious litigant order, the action shall be dismissed *sua sponte* without further opportunity to respond if the Court determines that good cause has not been shown. (*Id.*)

Accordingly, Mr. Ma's motion (Dkt. No. 27) is DENIED.

ORDER
MC21-0015-JCC
PAGE - 1

1 | DATED this 19th day of April 2024

John C. Coughenour
UNITED STATES DISTRICT JUDGE