THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re* ROLAND MA | CASE NO. MC21-0015-JCC |
| | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Roland Ma's motion for leave to file a complaint against American Express FSB and Stripe, Inc. (Dkt. No. 31). He claims that American Express charged back his account due to disputed transactions, which caused Stripe to overdraft his bank account. (*See id.* at 2.) Now, Plaintiff seeks to file a complaint, though he recognizes that his relationships with both American Express and Stripe are subject to arbitration agreements. (*Id.*) (*see also id.* at 7–12) (Stripe agreement selecting American Arbitration Association ("AAA") as administrator). He submits that he demanded arbitration from the AAA, but they refused to administer this dispute because he is subject to the Court's vexatious litigant order. (*Id.* at 2) (*see also id.* at 6) (AAA letter).

Under the Court's vexatious litigant order (Dkt. No. 1), the Court shall screen "any

MINUTE ORDER
C21-0015-JCC
PAGE - 1

1  complaint" Plaintiff proposes in this District for good cause based on certain enumerated criteria.
2  (*Id.* at 3.) Plaintiff must also file a signed statement explaining, claim by claim, any prior actions
3  on those claims. (*Id.*) Plaintiff has not filed a proposed complaint or a signed statement here,
4  therefore the Court cannot evaluate his request under the vexatious litigant order.

5      Accordingly, Plaintiff is ordered to file a proposed complaint and signed statement as
6  explained in the vexatious litigant order (Dkt. No. 1). If so filed, the Court will review the
7  complaint for good cause.

9      DATED this 9th day of April 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C21-0015-JCC
PAGE - 2