THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re* ROLAND MA,

CASE NO. MC21-0015-JCC

ORDER

This matter comes before the Court on Roland Ma's motion for prefiling review and authorization to file suit (Dkt. No. 37). Under the vexatious litigant order as to Mr. Ma (Dkt. No. 1), the Court must screen any complaint Mr. Ma files in this District. (*See generally id.*) And to the extent the proposed complaint and/or motion does not comply with the order's requirements, the Court will not allow the case to move forward. (*See generally id.*)

The motion (Dkt. No. 37) and proposed complaint (Dkt. No. 37-1) comply with the screening order. (*See generally* Dkt. No. 1.) Specifically, the proposed complaint provides a clear statement of the factual and legal basis for claim(s) asserted and explains on a claim-by-claim basis whether they were raised in a prior action and why they are not barred by collateral estoppel, *res judicata*, and/or an applicable immunity. Thus, the motion (Dkt. No. 37) is GRANTED.

Thus, the Clerk is DIRECTED to file the proposed complaint (Dkt. No. 37-1).

DATED this 16th day of November 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE